## F. W. WOOLWORTH CO v WILBOIS

Ohio Appeals, 7th Dist, Mahoning Co

Decided March 29, 1929

Mr. Franklin B. Powers, Youngstown, for Woolworth Co.

Mr. Harry Rapport, Youngstown, for Wilbois.

Opinion by FARR, J.

POLLOCK & ROBERTS, J. J. concur.